UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLY RICKERT,                          No. 2:05-cv-1152-MCE-GGH

       Plaintiff,

  v.                                    **ORDER RE: SETTLEMENT AND DISPOSITION**

FORTIS BENEFITS INSURANCE COMPANY and LONG TERM DISABILITY INSURANCE PLAN OF CHILD ACTION, INC., ,

       Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 27, 2006.

///
///
///
///
///
///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATE: February 10, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```