```
1  FRANK N. DARRAS #128904
2  MICHAEL B. HORROW #162917
   SHERNOFF BIDART & DARRAS, LLP
3  3257 East Guast Road
   Suite 300
4  Ontario, California  91761
5  Telephone:    (909) 621-4935
   Facsimile:    (909) 974-2121
6
7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY RICKERT,<br><br>           Plaintiff,<br><br>vs.<br><br>FORTIS BENEFITS INSURANCE COMPANY; LONG TERM DISABILITY INSURANCE PLAN OF CHILD ACTION, INC.<br><br>           Defendants | Case No.: 02:05-cv-1152 MCE-GGH<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff KELLY RICKERT, and defendant FORTIS BENEFITS INSURANCE COMPANY; LONG TERM DISABILITY INSURANCE PLAN OF CHILD ACTION, INC. and their attorneys of record, that the parties have resolved this matter in its entirety.

///

///

///

///

- 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  February 21, 2006        SHERNOFF BIDART & DARRAS, LLP

_____
MICHAEL B. HORROW
Attorneys for Plaintiff
KELLY RICKERT

Dated:  February __, 2006        MESERVE, MUMPER &I HUGHES LLP

_____
RUSSELL G. GOMM
Attorneys for Defendant
FORTIS BENEFITS INSURANCE COMPANY; LONG TERM DISABILITY INSURANCE PLAN OF CHILD ACTION, INC.

**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com